**Exhibit A to the Complaint**

**Location:** Mountain Lakes, NJ  
**Total Works Infringed:** 29  
**IP Address:** 24.184.52.253  
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | BB8B88CC4EEE3C0825232D0C8E9D2912FBF877D8 | Vixen | 09/28/2018 16:17:38 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 2 | 0492BEAB3F809EDE595EEEAA91755CDEFDEB449E | Tushy | 09/16/2018 15:12:17 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 3 | 04D48605B085200AAFFD413035F8FC70778AE7D8 | Vixen | 09/27/2018 04:43:50 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 4 | 0CB09854C42F3E22A615766A10CF36C747B58199 | Vixen | 09/25/2018 02:49:30 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 5 | 16555D0B42BC0D3EC0E225C35FE3B0B4BF58F4BE | Blacked | 04/11/2018 01:32:11 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 6 | 2D414E5758517B04BEDB2A9879C4E492F10FBC3B | Vixen | 12/09/2017 07:18:33 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 7 | 2D805F5922320FA3ED61426DCF3C975A3D2E4812 | Vixen | 08/08/2018 16:15:59 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 8 | 485211B433049E038A5C58A5847E1E5B91C2E83A | Blacked Raw | 09/27/2018 05:03:31 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 9 | 4D974878B09C6B9EEFEF8DB2A3349EE8FD961613 | Blacked Raw | 03/24/2018 16:02:33 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 10 | 5318DFE4F1B24ED3AB377A667F2BC9444C9F742C | Blacked Raw | 10/09/2018 04:31:17 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 11 | 6133DE9FDB2DBBCC1905765465AF63B61685A9E1 | Blacked | 08/23/2018 04:58:43 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 12 | 67797EC7BA84641481696E8A72CC34808144C9E8 | Vixen | 03/21/2018 23:16:00 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 13 | 6FAEFBB8500F02F36DB5BA0BD528BC161720C2C3 | Blacked Raw | 09/27/2018 15:52:08 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 14 | 74DF01A19CDA446BD557636E214E38ACD1C00B92 | Vixen | 09/25/2018 02:48:29 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 15 | 77899E66E5BBEC506F66D8DEF010F12FA70E4051 | Tushy | 08/23/2018 05:40:10 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 16 | 86C416437739601232A30F49445D5CD0A63139BC | Blacked | 09/27/2018 03:50:02 | 09/22/2018 | 11/01/2018 | 17094105381 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8CEEBAD8B4AFD8903E4B6BC25D6133344622771F | Vixen | 09/27/2018 03:35:21 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 18 | 8F246D98B53D9E87A4452E6E3160EEE8E7ACB663 | Tushy | 08/12/2018 04:56:30 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 19 | 95843E6553AFAA08890FCCE083BA3B6D6C5A8687 | Vixen | 11/21/2017 05:38:16 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 20 | 9867BA494F43CD9587A8865ECC6411F4206DA5D1 | Blacked | 05/01/2018 11:55:14 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 21 | A3808E530C1587A45B0E84FF8444244B96400201 | Tushy | 12/29/2017 06:59:52 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 22 | A425EC62A920B203447519B21B9C38CC80DF58A3 | Blacked | 09/28/2018 04:32:28 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 23 | BF6E805101B9CC2DDE6B8AE434A849F563A67E9D | Blacked Raw | 08/30/2018 16:17:03 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 24 | C333A35EC956AFB2022F7F8D9222F1C03CDCDC64 | Vixen | 12/29/2017 08:18:21 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 25 | D86CF8CE6AE6320CF2F612FFB99145F7E89B8EAF | Blacked | 09/25/2018 02:47:46 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 26 | EA0ED434C857B6A53DEE2452A1EF58012F27B42A | Blacked | 08/24/2018 12:06:49 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 27 | F88F5F55BF9D5CC1BB27DC0F552A3D7D1E0B15F6 | Blacked Raw | 09/16/2018 17:33:58 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 28 | F96B278BCA2139A998C9985F3ACA0EE5F377A597 | Vixen | 11/03/2017 13:08:37 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 29 | FA151A9E6D3C59CF56C4CB54CA1E7DCC9BB19549 | Blacked | 08/12/2018 07:00:41 | 06/19/2018 | 07/14/2018 | PA0002130450 |